FEBRUARY 7, 1957

**Reap. Dec. 8751.—** 
).—*Daniel F. Young, Inc.* (*Perfection Import & Export Co.*) v. *United States*. Entered at New York, N. Y. Decided January 10, 1957. [Not published.] Motion by plaintiff.